MICHAEL RABASCO, Respondent, *v.* TOWN OF GREENBURGH et al., Appellants.

Argued May 27, 1955; decided July 8, 1955.

*Davis M. Zimmerman* for Greenburgh Housing Authority, appellant.

*Alvin M. Suchin* for Town of Greenburgh and others, appellants.

*Alfred D. Fredericks* for respondent.

Judgment affirmed, without costs. We do not place our affirmance upon the ground that reconsideration by the town board could not be had without a new notice of hearing. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.